MORRIS LEDERMAN v. SAMUEL ROSEN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

KLASKO FINANCE CORPORATION v. MEYER KAMINSKY and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ALBERT A. MOERS v. CARRIE C. MOERS.— Motion granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CHARLES B. PAINE, as Receiver, etc., v. VULCAN RAIL AND CONSTRUCTION COMPANY and Others, Impleaded with MAX RADT and Others.—Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAX EINHORN v. WEST 67TH STREET GARAGE, INC.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the CITY OF NEW YORK (East 63d Street School Site).— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of PEASE PIANO COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

RALPH J. M. BULLOWA and Others v. AMERICUS REALTY CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JULIO L. ARRIAGA v. E. H. KLUGE WEAVING COMPANY.— Motion for stay granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY AND NINETY-SIXTH STREET REALTY COMPANY v. WILLIAM E. WALSH, as Superintendent of Buildings, etc.— Motion for stay granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of COURT FUNDS, etc.— Motion denied. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of JAMAICA CONSUMERS ICE COMPANY.— Motion for stay granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HERMAN SCHUMACHER v. EDWARD J. O'MALLEY, Individually, etc.— Motion for stay granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

BIRDIE AVERETT v. ABRAHAM M. AVERETT.— Motion for stay granted. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.